UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RAYMOND SMITH**,

    **Plaintiff,**

    v.

**HANSFORD T. JOHNSON,**
Acting Secretary of the Navy,

    **Defendant.**

Civil Action No. 03-1483 (JDB/JMF)

**ORDER**

This case was referred to me by Judge Bates for settlement and for the setting of a dispositive motion schedule. After consultation with counsel, it is, hereby **ORDERED** that the parties comply with the following directives:

1. Any dispositive motions shall be filed by August 25, 2005.

2. Any oppositions shall be filed by September 29, 2005.

3. Any replies shall be filed by October 14, 2005.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: